UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Quality Candy Shoppes/Buddy Squirrel of Wisconsin, Inc.,  Case No. 10-20464-mdm
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 11
　　　　Debtor.

## AMENDMENT TO SCHEDULES

### Schedule B – PERSONAL PROPERTY

　　B-02.　Bank accounts.　See attached information.

　　B-16.　Accounts Receivable detail.　See attached information.

I, Margaret Gile, President of the Debtor, have read the foregoing amendment to schedules and, under penalty of perjury, I declare that it is true and correct to the best of my knowledge, information, and belief.

Dated: March 22, 2010.　　　　　　　DEBTOR:

　　　　　　　　　　　　　　　　　　QUALITY CANDY SHOPPES/
　　　　　　　　　　　　　　　　　　BUDDY SQUIRREL OF WISCONSIN, INC.

　　　　　　　　　　　　　　　　　　By: _/s/ Margaret Gile_
　　　　　　　　　　　　　　　　　　　　Margaret Gile
　　　　　　　　　　　　　　　　　　　　President

Jonathan V. Goodman
Attorney at Law
135 W. Wells Street, Suite 340
Milwaukee, WI 53203
Phone: (414) 276-6760; Fax: (414) 287-1199
email: jgoodman@ameritech.net

| Account | 1/15 Balance |
|---|---|
| Harris Optg | 4313.34 |
| Harris Kitchen | 3437.8 |
| Harris Internet | 793.21 |
| | |
| Johnson Racine | 6065.32 |
| National City Grand Ave. | 2488.38 |
| National City Cudahy | 4798.08 |
| M&I Southridge | 1821.91 |
| Tri City West Allis | 1856.6 |
| Chase East Towne | 7960.35 |
| Pyramax Third Ward | 955.19 |
| North Shore Bayshore | 5335.24 |
| US Bank Brookfield | 1276.54 |
| US Bank Hilldale | 6546.82 |
| US Bank Mayfair | 10155.46 |

| CUSTOMER# | NAME | CONTACT | TOTAL | CURRENT | 30-60 DAYS | 61-90 DAYS | OVER 90 DAYS |
|---|---|---|---:|---:|---:|---:|---:|
| 100200 | A & D MAURIE'S | ANN BACON 309-346-5174 | 1,255.27 | 1255.27 | .00 | .00 | .00 |
| 153375 | A.J.'S FINE FOODS #168 | | 21.60CR | .00 | .00 | .00 | 21.60- |
| 153310 | A.J.'S FINE FOODS #61 | JON SPORRI/R CULL 480-507-7280 | 301.97 | 301.97 | .00 | .00 | .00 |
| 114750 | ALBANESE CONFECTIONERY GROUP | DOROTHY ALBANESE 219-738-2333 | 1,474.74 | 1474.74 | .00 | .00 | .00 |
| 117100 | ALLEN SPECIALTY CONTAINER | MARYANN ALLEN 941-729-2364 | 644.36 | 108.89 | 535.47 | .00 | .00 |
| 124675 | ALLO' CHOCOLAT | CARRIE IGIELSKI 262-544-8030 | 279.10 | 285.10 | .00 | 6.00- | .00 |
| 120500 | ALVEY'S CANDIES, INC. | JANETTE KELLY 435-258-5442 | 248.40 | .00 | 248.40 | .00 | .00 |
| 124650 | AMY'S CLASSIC CONFECTIONS | AMY HAUGE 612-436-0016 | 282.96 | 282.96 | .00 | .00 | .00 |
| 126250 | ANDREA'S GIFTS | DAVID/AL ANDREA 262-657-7732 | .00 | .00 | .00 | 12.10- | 12.10 |
| 128875 | ANNIE BIRDS | MARY HOWARD 610-449-8786 | 201.02 | .00 | 201.02 | .00 | .00 |
| 130600 | APPLE ANNIE | ERIN BUHLMANN 608-325-4433-MONROE | 3.87CR | .00 | 3.87- | .00 | .00 |
| 132700 | AROUND THE CORNER CANDY | KIM SRAJER 847-426-9440 | 237.31 | 237.31 | .00 | .00 | .00 |
| 132800 | ARRANGEMENT THE | DIANA SURTADO/DAN 401-438-7841 | 31.68CR | 31.68- | .00 | .00 | .00 |
| 134500 | ARWAY CONFECTIONS | RICK JOHNSON 773-463-7600 | 307.77 | 307.77 | .00 | .00 | .00 |
| 138280 | AURORA HEALTH CARE - MAYFAIR | LOU JOHNSON 414-479-7258 | 3,690.70 | .00 | 3690.70 | .00 | .00 |
| 138312 | AURORA PHARMACY HARTLAND | JEANNE 262-367-3141 | 292.60 | 277.85 | 14.75 | .00 | .00 |
| 138350 | AURORA PROVISIONS | MARIKA 207-871-9060 | 2.84CR | .00 | 2.84- | .00 | .00 |
| 140000 | B & B COUNTRY STORE | BRIAN-BECKI CLAES 608-297-7511 | 399.75 | .00 | 799.75 | 400.00- | .00 |

| CUSTOMER# | NAME | CONTACT | TOTAL | CURRENT | 30-60 DAYS | 61-90 DAYS | OVER 90 DAYS |
|---|---|---|---:|---:|---:|---:|---:|
| 150250 | BARKUS CHOCOLATES | AMY  724-282-3006 | 1.41CR | .00 | .00 | .00 | 1.41- |
| 152750 | BARTZ DISPLAYS INC | DON AP  262-783-6547 | 477.55 | 477.55 | .00 | .00 | .00 |
| 165500 | BAUM'S FINE PASTRIES | DEBBIE/SUSAN  225-927-0760 EXT:11 | 626.70 | .00 | 626.70 | .00 | .00 |
| 167250 | BAYOU COUNTRY INC | CHRISTINE  985-649-3264 | 546.42 | 419.70 | 126.72 | .00 | .00 |
| 169687 | BECKHAM'S | SHERHEA BECKHAM  251-633-2034 | 18.39CR | .00 | 18.39- | .00 | .00 |
| 170250 | BEERNTSEN CANDIES INC | MARK BEERNTSEN  920-437-4400 | 897.44 | 225.25 | 446.94 | 225.25 | .00 |
| 178750 | BI RITE FOOD SERVICE DISTRIBTR | JENNIFER REGACHO  415-656-0254 | 707.19 | 707.19 | .00 | .00 | .00 |
| 184750 | BOB'S GIFT BASKETS | MARK ANDERBERG  847-581-0302 | 335.39 | 335.39 | .00 | .00 | .00 |
| 219700 | CANDIES BY VLETAS | PAMELA S MCCOMBS  325-673-2005 | 3,016.39 | 3016.39 | .00 | .00 | .00 |
| 221500 | CANDY BASKET | JOY  503-666-2000 | 715.86 | .00 | 715.86 | .00 | .00 |
| 240175 | CARLINO'S | CORKY CONNOR | 199.46 | .00 | 199.46 | .00 | .00 |
| 244750 | CAROL WIDMAN'S CANDY COMPANY | CAROL WIDMAN KENN  701-281-8664 | 399.43 | 399.43 | .00 | .00 | .00 |
| 251663 | CENTRAL MARKET - POULSBO | 360-779-1881 | 101.15 | 101.15 | .00 | .00 | .00 |
| 253600 | CHAR'S HALLMARK | CHRIS/  262-521-2242 | 4,946.67 | 2535.66 | 2411.01 | .00 | .00 |
| 258375 | CHERRY'S GIFTS | CHERRY WILLIAMS  719-487-3119 | 24.60CR | .00 | .00 | .00 | 24.60- |
| 259500 | CHESTNUT HILL CHEESE SHOP | JOHN/DAN WEISS-AP  215-242-2211 | 863.67 | .00 | 863.67 | .00 | .00 |
| 265750 | CHOCOLATE DEPOT  #38 | SCOTT C. RAIL  520-886-9203 | 27.50CR | .00 | 27.50- | .00 | .00 |
| 274900 | CHOCOLATE ORCHARD | ARLIE 250-428-706  250-428-7067 | 73.87 | 73.87 | .00 | .00 | .00 |

```
QUALITY CANDY/BUDDY SQ., INC.        SUMMARY A/R AGING REPORT              Date-03/17/10   Ref# AR-05-01
                                                                           Time-13:36:02   Page    3

AGED AS OF 01/15/10                       CUSTOMERS ALL

CUSTOMER#  NAME                                            TOTAL      CURRENT    30-60 DAYS   61-90 DAYS   OVER 90 DAYS
```

| Customer# | Name | Contact | Phone | Total | Current | 30-60 Days | 61-90 Days | Over 90 Days |
|---|---|---|---|---:|---:|---:|---:|---:|
| 277250 | CHOCOLATE SHELL THE | GERRY NOLIN | 860-434-9727 | 98.49 | 98.49 | .00 | .00 | .00 |
| 283250 | CHOCOLATES BY IMAGINATION | SONIA HOFFER | 626-852-0939 | 437.66 | .00 | .00 | .00 | 437.66 |
| 502000 | CK NUT-CANDY CENTER | CHRISTIAN SMUCKER | 717-768-8536 | 2,003.24 | 2003.24 | .00 | .00 | .00 |
| 292000 | CLASSIC CAKE DECORATIONS | NANCY STOCK | 714-894-1100 | 31.68CR | 31.68- | .00 | .00 | .00 |
| 297500 | COFFELT CANDY COMPANY | LINDA LIMING | 937-399-8772 | 27.98CR | .00 | .00 | 27.98- | .00 |
| 301500 | CONFECTION CONNECTION INC | GAIL GOODMAN | 847-432-3080 | 367.71 | 367.71 | .00 | .00 | .00 |
| 302625 | CONFECTIONS FOR ANY OCCASION | JOEL/KAREN | 920-488-9269 STORE | 2,244.80 | 2244.80 | .00 | .00 | .00 |
| 307000 | CORA LEE CANDIES | KEN | 847-724-2754 | 197.31CR | .00 | .00 | .00 | 197.31- |
| 312750 | COUNTRY SPRINGS HOTEL | STEVE PALKOWSKI | 262-547-0209 EXT5177 | 139.77 | .00 | 139.77 | .00 | .00 |
| 327700 | CUSTOM CHOCOLATE LLC | DAWN JOHNSON | 651-646-3031 | 413.12 | 308.60 | 104.52 | .00 | .00 |
| 335250 | DANA INVESTMENT ADVISORS | JENNIFER GASPAREK | 262 782 3631 | 19.88 | 19.88 | .00 | .00 | .00 |
| 356600 | DOROTHY McDANIELS FLOWERS | WES HOGLUND | 205-871-0092 | 10.39CR | .00 | .00 | 10.39- | .00 |
| 357000 | DOROTHY'S CANDIES | MARTELLA GASTEL | 412-678-3728 | 101.40 | 101.40 | .00 | .00 | .00 |
| 358300 | DREW'S CHOCOLATE INC. | PAT ADAMS | 515-789-4540 | 5.50CR | .00 | .00 | 5.50- | .00 |
| 853000 | DUNDEE CANDY SHOP | MARIA MOORE /LAUR | 502-452-9266 | 252.71 | 252.71 | .00 | .00 | .00 |
| 361520 | EAGLES ON THE RIVER INC. | BRIAN/RACHEL YENT | 651-565-3509 | 920.87 | 920.87 | .00 | .00 | .00 |
| 372750 | END OF THE TRAIL CANDY SHOP | STEVE GUTH | 920-324-3331 | 279.41 | 279.41 | .00 | .00 | .00 |
| 373000 | ENJOU CHOCOLAT OF MORRISTOWN | WENDY TAFFET | 973-993-9090 | 1,466.05 | 1466.05 | .00 | .00 | .00 |

Case 10-20464-mdm    Doc 64    Filed 03/23/10    Page 5 of 12

| CUSTOMER# | NAME | Contact | TOTAL | CURRENT | 30-60 DAYS | 61-90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|---|---|---|
| 374650 | ERICK SCHAT'S BAKKERY | KAREN / LORENA  760-873-7156 | 45.02 | 45.02 | .00 | .00 | .00 |
| 589500 | FASTACHI AKA/MIXED NUTS | SOUREN ETYEMEZIAN  617-924-8787 | 3,579.55 | 1119.64 | 2459.91 | .00 | .00 |
| 388250 | FAWN CANDY | KATHY  513-574-9612 | 287.34 | 287.34 | .00 | .00 | .00 |
| 391500 | FIGI'S INC. | MICHELLE GRAP  715-387-1771 | 6,170.85 | 6104.70 | 66.15 | .00 | .00 |
| 402400 | FREDRICK'S - RUBY ISLE | DEANNE HAUGEN  262-796-9810 | 153.58 | 153.58 | .00 | .00 | .00 |
| 402600 | FREDRICK'S HALLMARK | JOSH 262-796-9815  262-567-2507 | 447.67 | 447.67 | .00 | .00 | .00 |
| 402800 | FREDRICK'S II | DEANNE / SHERRY  262-786-8066 | 38.50 | 38.50 | .00 | .00 | .00 |
| 381375 | FTD, INC. | KRISTEN ROCCA  630-724-6135 | 6,803.22 | 5334.90 | 1468.32 | .00 | .00 |
| 418400 | GIFT BASKET ORIGINALS | CINDY ANTILA  770-972-6778 | 136.60CR | 136.60- | .00 | .00 | .00 |
| 427800 | GORANT CHOCOLATIER LLC | MARY ANN YERAGE  330-726-8821 EXT 229 | 144.33 | .00 | .00 | .00 | 144.33 |
| 435950 | GRAPEVINE THE | DIANE MARRAZZO  508-429-3637 | 277.81 | .00 | .00 | 277.81 | .00 |
| 436000 | GRASCH FOODS | MERECE  262-782-9330 | 620.66 | 126.74 | 493.92 | .00 | .00 |
| 446250 | HAUTE CHOCOLATE | LISA HOLMES  513-793-9999 | 1,096.94 | 462.50 | 634.44 | .00 | .00 |
| 451000 | HEILMANS NUTS & CONFECTION | ROSEMARY HERDER/T  269-383-1188 | 357.68 | 357.68 | .00 | .00 | .00 |
| 455800 | HEUER LAW OFFICES, S.C. | LISA JOHNSON  414-224-3500 | 619.00 | .00 | 619.00 | .00 | .00 |
| 455937 | HI TIME WINE CELLARS | 949-650-8463 | 89.05CR | .00 | 89.05- | .00 | .00 |
| 458515 | HIGHLANDS GOURMET | MONIQUE HERLINSKY  973-839-9766 | 10.02 | .00 | 10.02 | .00 | .00 |
| 459200 | HILTON CHICAGO O'HARE AIRPORT | TOM FLOTT  773-686-8000 | 146.45 | .00 | 59.01 | .00 | 87.44 |

| CUSTOMER# | NAME | Contact | TOTAL | CURRENT | 30-60 DAYS | 61-90 DAYS | OVER 90 DAYS |
|---|---|---|---:|---:|---:|---:|---:|
| 465325 | HOUSE OF FLOWERS | JANET LIBBY  800-666-1617 | 421.47 | 421.47 | .00 | .00 | .00 |
| 792500 | INDIANA SWEETS LLC. | CASSANRDA SCHUCHM  317-872-8720 | 300.86 | .00 | 300.86 | .00 | .00 |
| 475250 | INDIANOLA PECAN HOUSE INC | TIM TIMBS/DARLENE  662-887-5420 | 18,386.80 | 2218.46 | 16168.34 | .00 | .00 |
| 478750 | ISLAND FUDGE SHOP | GUS & MAUREEN  843-842-4280 | 136.16 | 136.16 | .00 | .00 | .00 |
| 481488 | J EDWARDS FINE CHOCOLATES | DEBBIE CONWELL  765-626-0142 | 808.48 | 808.48 | .00 | .00 | .00 |
| 849800 | JDL INC. | ADAM SWEETING  702-597-2700 | 509.76 | 279.72 | 230.04 | .00 | .00 |
| 490000 | JIMMIE'S CHOCOLATES | MICKEY  954-342-8681 | 319.30 | 174.51 | 144.79 | .00 | .00 |
| 497963 | JULIAN CIDER MILL | SANDY / STACY  760-765-3168 | 31.23 | .00 | 37.68 | 6.45- | .00 |
| 501000 | KAAP'S OLD WORLD CHOCOLATES | KARL  920-430-9041 | 1,176.24 | .00 | 1176.24 | .00 | .00 |
| 509700 | KILWIN'S QUALITY CONFECTIONS | ART SCHUPBACH  231-439-0972 | 201.50 | .00 | 201.50 | .00 | .00 |
| 510500 | KIRLIN'S WHOLESALE, INC. | CHARLOTTE SIEBERS  217-224-8953 | 81.54 | 81.54 | .00 | .00 | .00 |
| 524450 | LAKESIDE GUTTER PRODUCTS | GAIL HOFFMANN  747-8645 | 748.66 | .00 | 748.66 | .00 | .00 |
| 529250 | LAYTON FRUIT MARKET | JOE S. PROITE  414-481-3008 | 147.20 | 147.20 | .00 | .00 | .00 |
| 535500 | LIGONIER SWEET SHOP | MANFRED SANDER  724-238-6060 | 99.54CR | .00 | .00 | .00 | 99.54- |
| 538213 | LITTLE GREEN HOUSE FLORIST THE | PAULA  909-866-5352 | 191.63 | 191.63 | .00 | .00 | .00 |
| 542600 | LOS OLIVOS GROCERY | LINDY  805-688-5115 | 96.37 | 96.37 | .00 | .00 | .00 |
| 696740 | LULLOFF & TAYLOR, LLC. | 414-777-0700 | 696.22 | 696.22 | .00 | .00 | .00 |
| 566200 | MACY'S | THU FAX 312-781-3  612-375-2861 | 7,382.16 | 228.61 | 6202.73 | .00 | 950.82 |

AGED AS OF 01/15/10                         CUSTOMERS ALL

| CUSTOMER# | NAME | Contact | TOTAL | CURRENT | 30-60 DAYS | 61-90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|---|---|---|
| 383350 | MACY'S (FORMALY MMW) | ANN BUYER 444-272 314-539-4883 | 1,101.82 | 875.82 | 226.00 | .00 | .00 |
| 553650 | MACY'S (HOME STORE LOCATIONS) | JOYCE 782-3029 X3 513-782-1400 | 19,003.00 | .00 | .00 | .00 | 19003.00 |
| 562250 | MARGIE'S CANDIES | PETER POULUS 773-384-1035 | 40.40CR | .00 | 266.22 | 300.00- | 6.62- |
| 562750 | MARIE'S CANDIES | JAY KING 937-465-3061 | 580.36 | .00 | 580.36 | .00 | .00 |
| 566575 | MARTHA & DAVID | DAVID PETTY 785-827-9990 | 110.55 | .00 | 164.41 | .00 | 53.86- |
| 567750 | MARY JANE'S CEDARBURG CONFECT | MARY JANE BRAVI 262-285-7095 (RES) | 28.82CR | .00 | .00 | .00 | 28.82- |
| 571000 | MATILDA'S FINE FOODS | JAY MEADE 615-220-0229 | 23,857.75 | 11.39 | 23846.36 | .00 | .00 |
| 251875 | MHA CERO'S | WYNNE HAMILTON 316-264-5002 | 469.06 | 469.06 | .00 | .00 | .00 |
| 582350 | MID-NITE SNAX | CRAIG FRAUM X105 516-746-3115 | 171.63CR | .00 | 171.63- | .00 | .00 |
| 582250 | MIDDLETON MACHINE | SCOTT DI FIORE 608-831-6807 | 184.51 | .00 | 184.51 | .00 | .00 |
| 604250 | NATURE'S SELECT INC | PETER ASSALY 616-956-1105 | 39.80 | .00 | 39.80 | .00 | .00 |
| 606950 | NEW POST LIMITED | MARY BAUDOIN 985-446-8921 | 777.77 | .00 | 777.77 | .00 | .00 |
| 608500 | NICHOL'S CANDY | BARBARA NICHOLS 978-283-9850 | 297.55 | 297.55 | .00 | .00 | .00 |
| 609900 | NIFTY NUT HOUSE | STEVE JAHN/ PATRI 316-265-0571 | 9,754.92 | 3699.72 | 6055.20 | .00 | .00 |
| 610250 | NIKKI'S COOKIES | NIKKI TAYLOR 481-4899 | 5,528.06 | 5528.06 | .00 | .00 | .00 |
| 612525 | NORTH CENTRAL LYONS CLUB | JAMES SCOTT 414-351-0829 | 6.05CR | 6.05- | .00 | .00 | .00 |
| 618500 | NUT HOUSE | LAURIE PALADINO 585-244-9510 | 228.89 | 228.89 | .00 | .00 | .00 |
| 622750 | NUT SHOPPE INC | DANAE HOCHSTEDLER 574-534-2828 | 471.43 | 471.43 | .00 | .00 | .00 |

```
QUALITY CANDY/BUDDY SQ., INC.        SUMMARY A/R AGING REPORT                Date-03/17/10   Ref# AR-05-01
                                                                             Time-13:36:02   Page     7
AGED AS OF 01/15/10                       CUSTOMERS ALL

CUSTOMER#  NAME                                                TOTAL     CURRENT    30-60 DAYS   61-90 DAYS   OVER 90 DAYS

   625250  NUTMAN COMPANY-USA INC    FRANK                    219.70      132.42         88.28          .00          1.00-
                                     262-628-4771

   628250  NUTS PLUS                 PAT                      117.50         .00        117.50          .00            .00
                                     215-348-0874

   631940  OCCHETTI FOODS LLC        MIKE/PAUL              22.50CR         .00         22.50-         .00            .00
                                     262-251-6503

   639875  P.C.T. & S. INC.          CAROL HOLDER              6.66         .00          6.66          .00            .00
                                     760-436-0402

   643525  PALMER CANDY CO           JON SADLER              666.05      666.05           .00          .00            .00
                                     712-258-7790

   645500  PARADIES SHOPS THE        JULIE                 1,229.36         .00       1229.36          .00            .00
                                     414-477-5354

   646775  PARKWOOD DELICATESSEN     ROGER SCHNORRBUSC     480.96CR         .00           .00          .00         480.96-
                                     201-689-0855

   648300  PARTY & PAPER             SUSAN MAC KAY          20.63CR         .00           .00       20.63-            .00
                                     662-328-8469

   651275  PAT'S FLORIST             KAYLEE NICHOLS         210.42      210.42           .00          .00            .00
                                     205-345-5093

   651100  PATIO THE                 SHARON KOHL               .00         .00           .00          .00            .00
                                     414-489-0090

   300500  PECANS.COM                PHILIP GLASS           104.42         .00        104.42          .00            .00
                                     325-655-5318

   347000  PENN 800 PARTNERSHIP      MIKE YESO              56.45CR        .00           .00       56.45-            .00
                                     740-633-2875

   660600  PFISTER HOTEL             JAMES WHITE          1,058.00     1058.00           .00          .00            .00
                                     414-273-8222

   672600  PRIDES CROSSING CONFECTIONS  CHRIS               382.97      382.97           .00          .00            .00
                                     978-927-2185

   676000  QUALITY AIR FORWARDING INC   JIM CYGANIAK           .00         .00       12736.94     12736.94-           .00
                                     414-281-6090

   688100  RED CIRCLE INN            JAMES W BROWN          249.21         .00        249.21          .00            .00
                                     262-367-4883

   714500  SARAH'S CANDIES           DOBY JONAS             198.06      198.06           .00          .00            .00
                                     712-277-0550

   716750  SAVANNAH'S CANDY KITCHEN  SUSAN                  331.50      331.50           .00          .00            .00
                                     912-232-2639
```

Case 10-20464-mdm    Doc 64    Filed 03/23/10    Page 9 of 12

| CUSTOMER# | NAME | CONTACT / PHONE | TOTAL | CURRENT | 30-60 DAYS | 61-90 DAYS | OVER 90 DAYS |
|---|---|---|---:|---:|---:|---:|---:|
| 724625 | SENDIK'S GRAFTON | JIM<br>262-376-9525 | 1,457.08 | 1457.08 | .00 | .00 | .00 |
| 724600 | SENDIK'S FINE FOODS INC. | SUSAN PIERCE (SUZ<br>262-781-8200 | 2,034.40 | 1706.64 | 327.76 | .00 | .00 |
| 724690 | SENDIK'S FOOD MRKT. | RALPH<br>414-329-9525 | 120.10 | 120.10 | .00 | .00 | .00 |
| 724775 | SENDIK'S LLC. MEQUON | BRANDON<br>262-241-9525 | 190.81 | 190.81 | .00 | .00 | .00 |
| 724500 | SENDIK'S WHITEFISH BAY | CHARLOTTE FORTINO<br>414-962-9525 | 819.10 | 819.10 | .00 | .00 | .00 |
| 724680 | SENDIKS /FRANKLIN | CINDY 964-9525<br>414-817-9525 | 571.47 | 571.53 | .00 | .00 | .06- |
| 724785 | SENDIKS FOOD MARKET/GERMANTOWN | CHUCK<br>262-250-9525 | 410.81 | 410.81 | .00 | .00 | .00 |
| 725250 | SENSATIONAL SWEETS | VIRGINIA FEITNER<br>570-524-4361 | 147.64 | .00 | 147.64 | .00 | .00 |
| 726000 | SENTRY FOODS - DELAFIELD | CAROL<br>262-646-9483 | 734.76 | 734.76 | .00 | .00 | .00 |
| 727500 | SEROOGY'S CHOCOLATES | MARY<br>920-336-1383 | 859.31 | 859.31 | .00 | .00 | .00 |
| 730075 | SHELLEY'S HALLMARK | SHELLEY KOHL<br>262-253-1313 | 1,521.75 | 1521.75 | .00 | .00 | .00 |
| 732645 | SHOPPER'S CORNER INC | ALAN, JOHN, COLET<br>831-423-1398 | 192.51 | 192.51 | .00 | .00 | .00 |
| 733650 | SIESEL'S MEAT | JEANNE<br>619-275-1234 | 202.70 | 202.70 | .00 | .00 | .00 |
| 739650 | SKIRVIN HILTON HOTEL | MARCUS HAWKINS<br>405-702-8541 | 354.93 | 354.93 | .00 | .00 | .00 |
| 745100 | SOME OTHER NUTS | ROSE LILLEGARD<br>815-344-4500 | 330.50 | .00 | 330.50 | .00 | .00 |
| 746100 | SOMETHING SWEET AND GOURMET | MICHELE MICHEL<br>847-838-9350 | 120.97 | 135.37 | .00 | 7.20- | 7.20- |
| 748324 | SOUTH COAST WINERY RESORT/SPA | REBECCA COLLINS<br>951-587-9463 X7219 | 462.99 | .00 | .00 | 462.99 | .00 |
| 749550 | SOUTHERN CHOCOLATE SUPPLY CO | RORY MERCKENS<br>301-320-4260 | 5,560.80 | 5560.80 | .00 | .00 | .00 |

| CUSTOMER# | NAME | Contact | TOTAL | CURRENT | 30-60 DAYS | 61-90 DAYS | OVER 90 DAYS |
|---|---|---|---:|---:|---:|---:|---:|
| 749875 | SOUTHPORT GROCERY AND CAFE | LISA SANTOS<br>773-665-0100 | 5.94CR | .00 | .00 | 5.94- | .00 |
| 750200 | SOUTHSIDE SCHOLARSHIP | WALLY DULAK<br>768-9234 | .00 | .00 | .00 | .00 | .00 |
| 584000 | SPEACH FAMILY CANDY SHOPPE | MICHAEL SPEACH JR<br>315-478-3100 | 1,190.68 | 1190.68 | .00 | .00 | .00 |
| 758750 | ST MORITZ CHOCOLATIER | KELLY<br>412-261-4488 | 709.58 | 81.60 | 627.98 | .00 | .00 |
| 763250 | STEVENS CONSTRUCTION CORP. | PENNY DRAGER<br>608-222-5100 | 3,598.21 | 3598.21 | .00 | .00 | .00 |
| 763800 | STEWART & JASPER ORCHARDS | JASON JASPER<br>209-862-9600 | 170.23 | 170.23 | .00 | .00 | .00 |
| 776600 | SWEET BE'S | STEVE & CHRIS TIN<br>314-835-1117/1400 | 391.51 | 391.51 | .00 | .00 | .00 |
| 780250 | SWEET ENERGY | TIM ZITER<br>802-655-4442 | 7.51 | 7.51 | .00 | .00 | .00 |
| 791750 | SWEET TEMPTATIONS | CLAIRE<br>215-860-6201 | 132.46 | 132.46 | .00 | .00 | .00 |
| 792325 | SWEET THINGS OF ST GENEVIEVE | TERRI GUITHER<br>573-883-7990 | 250.72 | 250.72 | .00 | .00 | .00 |
| 795275 | SWEETIE'S CONFECTIONS | GINA WILKINSON<br>618-288-7650 | 1,614.17 | .00 | 1614.17 | .00 | .00 |
| 798750 | SWISS COLONY | <br>608-328-8400 | 240.00 | 240.00 | .00 | .00 | .00 |
| 803920 | TASTE OF HEAVEN | KATHY//JACI POWEL<br>209-369-5160 | 1,039.73 | 1039.73 | .00 | .00 | .00 |
| 820250 | TOM'S FARMS FRUIT CO | KRISTIN/KATHY AP<br>951-277-9993 | 603.19 | .00 | 603.19 | .00 | .00 |
| 839750 | UCSD BOOKSTORE DIST. CENTER | JOHN<br>858-534-4248 | 346.74 | 346.74 | .00 | .00 | .00 |
| 840500 | ULTIMATE CONFECTIONS | LORI MURPHY/MARY<br>414-778-0636 | 941.05 | 941.05 | .00 | .00 | .00 |
| 842150 | UNIFIED WESTERN GROCERS INC. | MARIA FRANCO<br>323-264-5200 X4464 | 150.00 | .00 | .00 | 150.00 | .00 |
| 848500 | VANDE WALLE'S CANDIES | TOM/STEVE<br>920-738-7799 | 470.24 | 470.24 | .00 | .00 | .00 |

| CUSTOMER# | NAME | | TOTAL | CURRENT | 30-60 DAYS | 61-90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|---|---|---|
| 851000 | VERMONT COUNTRY STORE THE | ANN CAVE<br>802-362-4667 | 8,341.55 | 5504.64 | 580.91 | .00 | 2256.00 |
| 852225 | VICENTE FOODS | ROBERT BERRIOS<br>310-472-5215 | 342.26 | 342.26 | .00 | .00 | .00 |
| 857500 | VIRGINIA NUT SHOP | PAUL/CONNIE KIMME<br>717-774-6046 | 147.40 | 147.40 | .00 | .00 | .00 |
| 859075 | VOGUE THE | DELORES<br>620-276-3412 | 31.96CR | .00 | .00 | .00 | 31.96- |
| 860350 | WALLANN INC | JANE VANLOH<br>319-337-6530 | 108.44 | .00 | .00 | 108.44 | .00 |
| 860355 | WALLANN INC | JONNI<br>309-762-0002 | 16.56CR | .00 | .00 | 233.44 | 250.00- |
| 866900 | WELLSTON APARTMENTS | JERILYN PETKOVSK<br>271-5201 | 256.87 | .00 | 256.87 | .00 | .00 |
| 864375 | WESLEY FORBES | SANDRA DEE<br>559-842-5511 | 3.71CR | .00 | .00 | .00 | 3.71- |
| 868050 | WEST END CONFECTION | ROBIN STERN<br>732-972-8517 | 193.36 | .00 | 193.36 | .00 | .00 |
| 868850 | WESTERN STATES ENVELOPE CO. | TAMMY MIRWALD<br>262 790-7658 | 4,109.82 | 4109.82 | .00 | .00 | .00 |
| 872250 | WIDMAN'S CANDY SHOP | BETTY/DAN WIDMAN<br>701-775-3480 | 161.70 | 161.70 | .00 | .00 | .00 |
| 873870 | WILLIAM NICHOLAS & CO. | WILLIAM NICHOLAS<br>914-232-1949 | 520.54 | .00 | 642.22 | .00 | 121.68- |
| 879700 | WISCONSIN CHEESEMAN THE | DONNA C. LARSON<br>608-837-5166 EXT:425 | 709.50 | .00 | 709.50 | .00 | .00 |
| 881525 | WISCONSINMADE.COM | LINDA REMESCHATIS<br>608-833-3462 | 1,877.30 | 1841.15 | 36.15 | .00 | .00 |
| | GRAND TOTALS | | 194,983.61 | 91006.42 | 94553.82 | 12137.65- | 21561.02 |