UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

Quality Candy Shoppes/Buddy Squirrel of Wisconsin, Inc.,   Case No. 10-20464-mdm

Debtor.   Chapter 11

## REPORT OF AUCTION

The auction ordered by the Court was held commencing at 10:00 a.m. at the Milwaukee Athletic Club, in Milwaukee, Wisconsin on May 10, 2010. The attendees at the auction are delineated in the attached attendance sheet. After opening statements by counsel for the Debtor, and Margaret Gile, President of the Debtor, it was announced that a stalking horse bid in the amount of Two Million Two Hundred Thousand Dollars ($2,200,000.00) was received from Quality Squirrel Acquisition, LLC. Along with the Asset Purchase Agreement for $2,200,000.00, the Debtor received a good faith deposit of $220,000.00 (10% of the purchase price), and satisfactory evidence of the financial wherewithal of the purchaser.

The stalking horse bid then was thrown out to the other attendees who were notified that the next highest bid had to be at least $100,000.00 more than the stalking horse bid. After throwing the stalking horse bid out for competing bids, there were no further competing bids, and Quality Squirrel Acquisition, LLC was the successful bidder.

Dated this _10_ day of May, 2010.

                LAW OFFICES OF JONATHAN V. GOODMAN
                Attorneys for Debtor

                By: /s/ Jonathan V. Goodman
                        Jonathan V. Goodman

Law Offices of Jonathan V. Goodman
135 W. Wells Street, Suite 340
Milwaukee, WI 53203
Phone: (414) 276-6760
Fax: (414-287-1199
e-mail: jgoodman@ameritech.net

Attendance Sheet 5/10/10  Quality Candy

John F. Crayne   Maroon Bells
Jon Friedland   for Maroon Bells
Dave Reynolds   Maroon Bells

Len DeFranco   Chocolate Fantasies Inc

Pat Howell, WHD
Justin Szalanski, WHD
Matt Kivlas, Heim NA
Mark Kauffman, Heim NA

STEPHEN SMITH — General Growth Properties — Mayfair

TREVOR D'SOUZA, QSA LLC
KATHRYN M. BUONO, QUARLES & BRADY LLP FOR QSA, LLC
JOHN T. BYRNES, QSA, LLC
Richard T Koenings  QSA, LLC

MARGARET GILE   @ CBS
Samuel Hope   @ CBS

Joshua Gentine   Acacia Growth LLC
Jacqueline H Sestito   Mallery + Zimmerman, SC
Kevin Hanson   Ashton Group


Donald S. Arenson
608 N. Broadway
Milw, WI 53202