UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
COURT MINUTES

CHAPTER      11
DATE:        May 13, 2010
JUDGE:       Margaret Dee McGarity
CASE NO.:    10-20464-MDM
DEBTOR:      Quality Candy Shoppes/Buddy Squirrel of Wisconsin, Inc.
NATURE OF HEARING:        Approval of the sale of substantially all of the debtor's assets.
APPEARANCES:              Jonathan Goodman, Attorney for Debtor in Possession
                          Margaret Gile, President of Debtor in Possession
                          Katherine Perhach, Attorney for Quality Squirrel Acquisition, LLC
                          Trevor D'Souza, Member of Quality Squirrel Acquisition, LLC
                          Richard Koenings, Member of Quality Squirrel Acquisition, LLC
                          Patrick Howell, Attorney for Harris Bank
                          Justin Szalanski, Attorney for Harris Bank
                          Mark Kaufmann, Vice President of Harris Bank
                          Robert Storm, Attorney for American Industrial Leasing Co.
                          David Pollack, Attorney for GGP Limited Partnership
                          Ronald Tucker, Attorney for Simon Property Group (telephone)
                          Amy Ginsberg, Trial Attorney for US Trustee
LAW CLERK:   Kris Trapp
TIME:        3:02 pm - 4:25 pm

Several of the landlords' limited objections were resolved prior to the hearing. Having received a copy of
the asset purchase agreement, counsel for the landlords withdrew their request for an adjournment of the
hearing.  The landlords have made and will continue to make arrangements with the buyer, Quality
Squirrel Acquisition, regarding access to and/or continued operations at the retail premises.  The landlords
opposed the distribution of all sale proceeds to the secured lender, Harris Bank, until the former's rights in
those proceeds are established under § 506(c) or § 365(d) of the Bankruptcy Code.

The Court approved the sale of substantially all of the debtor's assets to Quality Squirrel Acquisition, LLC.
The assets were marketed broadly and the auction was conducted in accordance with established
procedures.  The sale has been proposed in good faith and the transaction has been and will be
conducted at arms' length to a non-insider purchaser.  The proceeds of the sale may be released to Harris
Bank.

Ms. Perhach will submit an order; the seven day hold period has been waived.